

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 16, 2020

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 3/16/20
White Plains, NY

Sentencing adjourned to 4/13/20 at 3:30 pm.

**BY EMAIL and ECF**

The Honorable Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Frank Maxwell,* 19 Cr. 211 (VB)

Dear Judge Briccetti:

The Government writes, with the consent of the defense, to seek an adjournment of sentencing in this matter, currently scheduled for March 18, 2020, to April 13, 2020 at 3:30 PM. The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. The Government notes that the defendant has pleaded guilty to one count of conspiracy to distribute crack cocaine, in violation of 21 U.S.C. § 841(b)(1)(B) and 846, and therefore faces a mandatory minimum sentence of at least 60 months.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
914-993-1966