```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
v.                                          :    ORDER
                                            :
WALTER JONES,                               :    19 CR 211-01 (VB)
                          Defendant.        :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/21

By letter dated March 22, 2021 (Doc. #75), James E. Neuman, Esq., who represented defendant Walter Jones during his criminal case pursuant to the Criminal Justice Act, (i) submits defendant's pro se motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #75-1), and (ii) requests that he be re-appointed for the purpose of supplementing the motion.

The Court accepts defendant's motion for filing.

The Court re-appoints Mr. Neuman for the purpose of supplementing defendant's motion.

By April 6, 2021, Mr. Neuman shall file any supplemental submission in this matter.

By April 20, 2021, the government shall file its response.

No reply will be permitted without prior Court permission, which the Court is unlikely to grant.

Dated: March 23, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge